# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

STANDARD & POOR'S FINANCIAL
SERVICES LLC and S&P OPCO, LLC,

    Plaintiffs,

- against -

FINVEX SA,

    Defendant.

Case No.: 1:20-cv-02378-CM

ECF Case

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/20

**TO: FINVEX SA**
11 Rue des Colonies
B-1000, Brussels
Belgium

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Marius Marius Baumann, dated June 3, 2020 and the attached Declaration of Kenneth E. Aldous, dated June 1, 2020, and upon all prior pleadings and proceedings herein, Plaintiffs Standard & Poor's Financial Services LLC and S&P Opco, LLC will move this Court, before the Honorable Colleen McMahon, U.S. Courthouse, 500 Pearl Street, New York, New York. 10007-1312, at a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 55(a) and (b)(2), granting the motion of Plaintiffs Standard & Poor's Financial Services LLC and S&P OpCo, LLC for entry of a default judgment against Defendant Finvex SA.

**PLEASE TAKE FURTHER NOTICE** THAT THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE **JUNE 30, 2020**, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY

MEMO ENDORSED

7/30/2020 Because stays of proceedings were in effect when this motion was filed — but have since expired — obtain a new Cert: Certificate and refile motion if defendant is still in default. Colleen McM

APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: New York, New York
June 3, 2020

**MONTAGULAW, P.C.**

Alexandre A. Montagu
Kenneth E. Aldous, Of Counsel

1120 Avenue of the Americas, 4th Floor
New York, New York 10036
(212) 996-1287 (tel)
(212) 996-9579 (fax)
alex@montagulaw.com
ken@montagulaw.com

*Attorneys for Plaintiffs Standard & Poor's Financial Services LLC and S&P Opco, LLC*