UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD & POOR'S FINANCIAL SERVICES LLC and S&P OPCO, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>FINVEX SA,<br><br>Defendant. | Case No.: 1:20-cv-02378-CM<br><br>ECF Case<br><br>**DEFAULT JUDGMENT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

Defendant Finvex SA has failed to appear, answer, plead in, or otherwise defend this action, and default has been entered. Plaintiffs Standard & Poor's Financial Services LLC and S&P OpCo, LLC have requested default judgment against Defendant, pursuant to Fed. R. Civ. P. 55(a) and (b)(2), and filed Declarations showing that: (i) Defendant owed Plaintiffs the principal amount of $1,027,749.96 as of June 1, 2020; (ii) Plaintiff is entitled to certain injunctive relief against Defendant; and (iii) Defendant is not an infant, incompetent, or in the military service of the United States.

**IT IS ORDERED** that Plaintiffs recover from Defendant $1,027,749.96, with interest, and costs to be determined by the Clerk of the Court, with interest accruing until paid in full.

**IT IS ALSO ORDERED** that: (i) Defendant is hereby enjoined and restrained Defendant from (a) using the indices, underlying data, and services Plaintiffs provided to Defendant, and (b) using or referring to Plaintiffs' trade names, trademarks, or service marks; and (ii) Defendant is directed (a) to expunge Plaintiffs' indices, underlying data, services, trade names, trademarks, and service marks, together with any portion or copies thereof, from all of

Defendant's electronic systems, and (b) to certify, in writing, that Defendant has completed such expungement.

**DATED** this 13 day of October, 2020.

_____
HON. COLLEEN McMAHON, D.J.